# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

**CASE NO.: CV-14-3816-R**          **DATE: AUGUST 21, 2014**

**TITLE:  SORAYA NETWON ET AL - V. - MACY'S WEST STORES, INC. et al**
================================================================
**PRESENT:   HON. MANUEL L. REAL, UNITED STATES DISTRICT JUDGE**

    **Christine Chung**                 **N/A**
    Deputy Clerk                     Court Reporter

**ATTORNEYS PRESENT FOR PLAINTIFFS:**     **ATTORNEYS PRESENT FOR DEFENDANT:**

    Not present                          Not present

**PROCEEDINGS: ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

THIS MATTER IS SET ON CALENDAR ON AUGUST 25, 2014 AT 11:00 A.M. FOR HEARING ON AN ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK  OF PROSECUTION, FOR FAILURE OF THE PARTIES TO FILE A JOINT  REPORT OF EARLY MEETING OF COUNSEL. THE COURT HAS BEEN  NOTIFIED THAT THIS MATTER HAS SETTLED. IF THE PARTIES HAVE  SETTLED THIS MATTER, THE COURT WILL ACCEPT A NOTICE OF SETTLEMENT OR A DISMISSAL AS A RESPONSE TO THIS ORDER TO SHOW CAUSE.  THE OSC HEARING WILL BE VACATED UPON A  RESPONSE TO THE OSC.   ATTENDANCE AT THE HEARING IS MANDATORY; FAILURE TO APPEAR WILL RESULT IN DISMISSAL OF THE ACTION.

**MINUTES FORM II**                                                  Initials of Deputy Clerk __CCH__
**CIVIL - GEN**                               D-M